United States District Court
For the Northern District of California

1
2
3
4
5
6
7                            UNITED STATES DISTRICT COURT
8                           NORTHERN DISTRICT OF CALIFORNIA
9
10  RAYMOND AND REBECCA BOECKMAN,        Case No. 07-5486 EMC
11          Plaintiffs,
12      v.
13  QUINTEC INDUSTRIES, INC.,
14          Defendant.
15  _____/
16
17              **NOTICE OF IMPENDING REASSIGNMENT TO**
18              **A UNITED STATES DISTRICT COURT JUDGE**
19      The Clerk of this Court will now randomly reassign this case to a United States District Judge
20  because either:
21      ( x )   One or more of the parties has requested reassignment to a United States District
22
23  Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or
24      ( )   One or more of the parties has sought a type of judicial action (e.g., a temporary
25  restraining order) that a United States Magistrate Judge may not take without the consent of all
26  parties, the necessary consents have not been secured, and time is of the essence.
27
28

1  Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2  counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3  date.

Dated: October 29, 2007

Richard W. Wieking, Clerk
United States District Court

_____
By: Betty Fong, Deputy Clerk

**United States District Court**
For the Northern District of California

2