SCHIFF HARDIN LLP
JEFFREY R. WILLIAMS (Bar No. 084156)
ALEX P. CATALONA (Bar No. 200901)
One Market
Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
SULZER PUMPS (US) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND BOECKMAN AND REBECCA BOECKMANN,<br><br>    Plaintiffs,<br>v.<br>QUINTEC INDUSTRIES, INC. ET AL.,<br><br>    Defendants. | No. 3:07-cv-05486-MHP<br><br>**RULE 7.1 DISCLOSURE STATEMENT**<br><br>DATE:   NOVEMBER 1, 2007 |

TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sulzer Pumps (US) Inc. ("Sulzer Pumps") states that it is wholly owned by its parent corporation, Sulzer U.S. Holdings Inc. ("Sulzer Holdings"). Other than Sulzer Holdings, no corporation owns more than 10 percent of Sulzer Pumps stock.

Dated: October 31, 2007                SCHIFF HARDIN LLP

                                       By: _____
                                       Alex P. Catalona
                                       Attorneys for Defendant
                                       SULZER PUMPS (US) INC.

73385.00035
658384.1

DEFENDANT SULZER PUMPS (US) INC.'S RULE 7.1 STATEMENT

**PROOF OF SERVICE**
*RAYMOND BOECKMAN, et al. v. QUINTEC INDUSTRIES, INC., et al.*
United States District Court, Northern District of California Case No. 3:07-cv-05486-MHP

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen (18) years, and not a party to the within action. I am an employee of Schiff Hardin LLP, and my business address is One Market, Spear Street Tower, Thirty Second Floor, San Francisco, California 94105.

On the date below, I caused to be served the following document(s):

**RULE 7.1 DISCLOSURE STATEMENT**

☑  **BY E-FILING**: By electronically serving the document(s) via the ECF/PACER system on the recipients designated on the Transaction Receipt located on the CAND ECF/PACER website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 1, 2007, at San Francisco, California.

DANIEL W. GUNN