GABRIEL A. JACKSON, State Bar No. 98119
DANIEL D. O'SHEA, State Bar No. 238534
JACKSON & WALLACE LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
Tel:   415.982.6300
Fax:   415.982.6700

Attorneys for Defendant
GENERAL DYNAMICS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND AND REBECCA BOECKMAN,<br><br>   Plaintiffs,<br><br>v.<br><br>QUINTEC INDUSTRIES, INC,<br><br>   Defendant. | Case No. 3:07-CV-05486-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT** |

## STIPULATION

Plaintiffs Raymond and Rebecca Boeckman, and Defendant General Dynamics Corporation, by and through their respective counsel, hereby stipulate to General Dynamics Corporation's withdrawal of its notice of removal. By such stipulation, plaintiffs and General Dynamics Corporation respectfully request this court to immediately remand this case to state court.

Dated: October 30, 2007      LEVIN, SIMES, KAISER & GORNICK

By: _____
RAYMOND D. MUELLER
Attorneys for Plaintiffs
RAYMOND AND REBECCA BOECKMAN

Dated: October 30, 2007      JACKSON & WALLACE LLP

By: _____
DANIEL D. O'SHEA
Attorneys for Defendant
GENERAL DYNAMICS CORPORATION

JACKSON & WALLACE LLP
SAN FRANCISCO

1451170

2

STIPULATION AND [PROPOSED] ORDER
REMANDING CASE TO STATE
COURT C075486

# [PROPOSED] ORDER

Good cause appearing from General Dynamics Corporation's stipulated withdrawal of its notice of removal, this court hereby orders this case immediately remanded to state court.

Dated: _____

_____
Judge Phyllis J. Hamilton