1  GABRIEL A. JACKSON, State Bar No. 98119
   DANIEL D. O'SHEA, State Bar No. 238534
2  JACKSON & WALLACE LLP
   55 Francisco Street, 6th Floor
3  San Francisco, CA  94133
   Tel:   415.982.6300
4  Fax:   415.982.6700

5  Attorneys for Defendant
   GENERAL DYNAMICS CORPORATION
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 RAYMOND AND REBECCA            Case No.  3:07-CV-05486-PJH
   BOECKMAN,
13                                **STIPULATION AND [PROPOSED]**
              Plaintiffs,         **ORDER REMANDING CASE TO STATE**
14                                **COURT**
       v.
15
   QUINTEC INDUSTRIES, INC,
16
              Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

JACKSON & WALLACE
     LLP           1451170                          STIPULATION AND [PROPOSED] ORDER
 SAN FRANCISCO                                      REMANDING CASE TO STATE
                                                    COURT C075486

## STIPULATION

Plaintiffs Raymond and Rebecca Boeckman, and Defendant General Dynamics Corporation, by and through their respective counsel, hereby stipulate to General Dynamics Corporation's withdrawal of its notice of removal. By such stipulation, plaintiffs and General Dynamics Corporation respectfully request this court to immediately remand this case to state court.

Dated: October 30, 2007                LEVIN, SIMES, KAISER & GORNICK

By: _____
RAYMOND D. MUELLER
Attorneys for Plaintiffs
RAYMOND AND REBECCA BOECKMAN


Dated: October 30, 2007                JACKSON & WALLACE LLP

By: _____
DANIEL D. O'SHEA
Attorneys for Defendant
GENERAL DYNAMICS CORPORATION

# [~~PROPOSED~~] ORDER

Good cause appearing from General Dynamics Corporation's stipulated withdrawal of its notice of removal, this court hereby orders this case immediately remanded to state court.

Dated: 11/8/07



Judge Phyllis J. Hamilton